IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BENCHMARK INSURANCE COMPANY,** § § § | |
| Petitioner/Plaintiff, § § | Case No.: 1:19-cv-00094-WKW |
| v. § § | |
| **SUSTAINABLE ENERGY SOLUTIONS, INC**, a domestic corporation; **DANNY LOONEY**, an individual; § § § § | |
| Respondents/Defendants. § | |

### NOTICE OF SETTLEMENT AND PROPOSED DATE FOR STIPULATION OF DISMISSAL FILING

COMES NOW the Petitioner, Benchmark Insurance Company Inc., and does hereby notify the Court that mediation was recently completed in this matter. At the mediation, agreements were reached to settle the various issues of the litigation between the parties to this case and the worker's compensation case currently pending in the Circuit Court of Montgomery County, Alabama. The parties are working diligently to complete Releases, complete Court settlement approval for the worker's compensation case, and formalize the settlement reached at the mediation. The parties anticipate that all of these details will be completed by December 1, 2019 and a Stipulation of Dismissal can be filed by that time. If for some reason there is an issue with getting the Releases done by then, the parties will notify the Court.

Respectfully submitted this the 1st day of November, 2019.

/s/ David P. Stevens
DAVID P. STEVENS (STE128)
APRIL W. MCKAY (WIL304)
Counsel for Defendant Benchmark Insurance
Company, Inc.

OF COUSNEL:
*Holtsford Gilliland Higgins Hitson & Howard, P.C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone: (334) 215-8585
Facsimile: (334) 215-7101
Email: dstevens@hglawpc.com
　　　　amckay@hglawpc.com

## **CERTIFICATE OF SERVICE**

　　　　I hereby certify that on November 1, 2019, an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of the same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm email to the following attorneys:

Clinton C. Carter
Clinton C. Carter, PC
P.O. Box 4082
Montgomery, AL 36103

Kyle Morris
Benjamin Rowe
Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP
2001 Park Place North, Ste. 700
Birmingham, AL  35203

James E. Beck, III
Hill, Hill, Carter, Franco, Cole & Black
P.O. Box 116
Montgomery, AL 36103

　　　　　　　　　　　　　　　　　　　　　　/s/ David P. Stevens
　　　　　　　　　　　　　　　　　　　　　　OF COUNSEL